JOHNSON, administrator, *v.* JOHNSON *et al.*

GRICE, Justice. No substantial relief being prayed against the only defendant resident of the county where the equity suit was filed, the demurrer raising the question of jurisdiction should have been sustained and the action dismissed. *First National Bank of Atlanta* v. *Holderness*, 189 *Ga.* 819 (7 S. E. 2d, 682).

*Judgment reversed. All the Justices concur.*

No. 13365. JUNE 12, 1940.

*Milton A. Carlton,* for plaintiff in error.
*D. A. Bragg* and *Charles G. Reynolds,* contra.